## Ann B. Dore v. Northwestern Elevated R. R. Co. et al. Union Consolidated Elevated Ry. Co. et al. v. Andrew Bolter, George S. Bullock et al.

1. FORMER DECISIONS—*Govern these Cases.*

Appeals, from the Superior Court of Cook County; the Hon. JOHN BARTON PAYNE, Judge, presiding. Heard in this court at the October term, 1896. Opinion filed October 22, 1896.

HAMLINE, SCOTT & LORD, attorneys for appellants.

KNIGHT & BROWN and JOHN P. WILSON, attorneys for appellees.

MR. JUSTICE WATERMAN DELIVERED THE OPINION OF THE COURT.

The questions involved in each of these cases have been repeatedly passed upon by this court, and in ac-

cordance with the rulings in Tibbetts v. The West & South Towns Ry. Co., 54 Ill. App. 180; North Chicago St. Ry. Co. v. Cheatham, 58 Ill. App. 318; Stewart v. Chicago General Street Ry. Co., 58 Ill. App. 446; General Electric Ry. Co. v. The Chicago City Ry. Co., Vol. 28 Chicago Legal News, 406; Phelps v. The Lake St. Elevated Ry. Co., 60 Ill. App. 471; affirmed by the Supreme Court.

The decree of the Superior Court dismissing the bill of Ann B. Dore v. The Northwestern Elevated Railroad Company et al., for want of equity, is affirmed, and the order of the Superior Court granting an injunction in Union Consolidated Elevated Railway Company v. Andrew Bolter, George S. Bullock et al., is reversed.